Case 4:16-cv-01424-RDP-SGC   Document 1   Filed 08/29/16   Page 1 of 5
CV-16-P-1424-M

FILED
2016 Aug-29 PM 03:41
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

Inmate Identification Number: 635

Rowdy Brent Bearden

(Enter above the full name of the plaintiff
in this action)

> **NOTICE TO FILING PARTY**
>
> *It is your responsibility to notify the clerk in writing of any address change.*
>
> *Failure to notify the clerk may result in dismissal of your case without further notice.*

vs.

ST. Clair County, Ala

District Attorney's office

Narcotic Officer Rick Oliver

(Enter above full name(s) of the defendant(s)
in this action)

I.  Previous lawsuits

   A.  Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
       Yes ( )        No (✓)

   B.  If the answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

       1.  Parties to this previous lawsuit:

           Plaintiff:  N/A

           Defendant(s):  N/A

2. Court (if Federal Court, name the district; if State Court, name the county)
   N/A

3. Docket number N/A

4. Name of judge to whom case was assigned N/A

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) N/A

6. Approximate date of filing lawsuit N/A

7. Approximate date of disposition N/A

II. Place of present confinement ST. Clair County Jail Ashville Al 35953

   A. Is there a prisoner grievance procedure in this institution?
      Yes ( )     No (✓)

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?   Yes ( )     No (✓)

   C. If your answer is YES:

      1. What steps did you take?

      2. What was the result?

   D. If your answer is NO, explain why not: I was told face to face that I would recieve help towards my case for doing 52 Indictments on 16 people by myself within a 6 month period. By Narcotic officer Rick Oliver for ST. Clair Co

3

III. Parties.

In item (A) below, place your name in the first blank and place your present address in the second blank.

A. Name of Plaintiff(s) Rowdy Brent Breeden

Address 48 6th Street Suite 300, Ashville Al 35953 Jail now

or 443 Shine Rd Riverside Al 35135

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant Rick Oliver Narcotic St. Clair Co

Is employed as Narcotic Officer

at St. Clair County Al 35953

C. Additional Defendants District Attorneys office And Feds

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. <u>Do not give any legal arguments or cite any cases or statues.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

Rick Oliver has told me on diffrent dates that he would talk to the D.A to get my case balanced out on the work I done for the D.A's office. He told me in front of my Fiance Virgie Armstrong he would keep my cases from going that far but it did

4

Now the D.A wants to give me a life and a day for a theft 2nd witch the plantif Joseph Bea did not see me take any thing and a 10 day late escape on community corrections. I turned myself in because I broke down and couldn't make it to report.

V. RELIEF

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

I want what was promised to me by narcotic officer Ricu Oliver In St.Clair County At That come my courtdate August 29th 2016 he would have something worked out with the D.A's office. John Demarko, now they have my life Indangered by sending me to prison with the ones I sent on Indictments.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __8-24-16__.

SIGNATURE: Powdy B Bearden

ADDRESS 48 6th Street Suite 300 Ashville Al 35953 Jail now or home 443 Shine Rd Riverside Al 35135

AIS # 195907B or 635

5

Rowdy Bearden
48 6th Street
Suite 300
Ashville AL 35953

BIRMINGHAM AL 350

United STATES DISTRICT COURT
OFFice OF The clerk
NoRtheRn DistRict oF Alabama
Hugo L. Black U.S Courthouse
Room 140, 1729 5th Ave North
Birmingham, AL 35203

35203-203799